UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC, et. al., § § | |
| *Plaintiffs*, § § | |
| v. § | Civil Action No. 1:23-cv-00917-DAE |
| § | |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, § § § § | |
| *Defendant.* § | |

# DEFENDANT'S NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Defendant Angela Colmenero, in her official capacity as Provisional Attorney General for the State of Texas, ("Colmenero"), files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered on August 31, 2023. ECF No. 36. Colmenero moved the Court to deny Plaintiffs' Motion for Preliminary Injunction. ECF No. 27. The order granting the preliminary injunction is immediately appealable under 28 U.S.C. § 1292(a)(1).

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN G. KERCHER
Deputy Chief, General Litigation Division

_____
**JOHN RAMSEY**
Assistant Attorney General
Texas Bar No. 24051227
john.ramsey@oag.texas.gov

**KELSEY L. WARREN**
Assistant Attorney General
Texas Bar No. 24095736
kelsey.warren@oag.texas.gov

General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 Phone
(512) 320-0667 Facsimile

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

_____
**JOHN RAMSEY**
Assistant Attorney General