# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 08, 2023

Mr. Scott Lamar Cole
Quinn Emanuel Urquhart & Sullivan, L.L.P.
300 W. 6th Street
Suite 2010
Austin, TX 78701

Mr. Arian Joseph Koochesfahani
Quinn Emanuel Urquhart & Sullivan, L.L.P.
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

    No. 23-50627   Free Speech Coalition v. Colmenero
                     USDC No. 1:23-CV-917

Dear Mr. Cole, Mr. Koochesfahani,

The submitted appearance form does not match the registered attorney.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Burke Fenerty, Deputy Clerk
504-310-7624