# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2023

Mr. Scott Lamar Cole
Quinn Emanuel Urquhart & Sullivan, L.L.P.
300 W. 6th Street
Suite 2010
Austin, TX 78701

    No. 23-50627   Free Speech Coalition v. Colmenero
                    USDC No. 1:23-CV-917

Dear Mr. Cole,

The submitted appearance form does not match the registered attorney.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Burke Fenerty, Deputy Clerk
                         504-310-7624