# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 19, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50627   Free Speech v. Colmenero
                  USDC No. 1:23-CV-917

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Scott Lamar Cole
Mr. Philip Devlin
Mr. Kyle D. Highful
Mr. Arian Joseph Koochesfahani
Ms. Lanora Christine Pettit
Mr. John Todd Ramsey
Mr. Jeffrey Keith Sandman
Mr. Derek L. Shaffer
Mr. Coy Allen Westbrook
Mr. Michael Zeller