# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2023

Mr. Kyle D. Highful
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. John Todd Ramsey
Office of the Attorney General for the State of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78701

Mr. Coy Allen Westbrook
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

    No. 23-50627   Free Speech v. Colmenero
                     USDC No. 1:23-CV-917

Dear Mr. Highful, Ms. Pettit, Mr. Ramsey, Mr. Westbrook,

The briefing notice issued on September 11, 2023 is VACATED.

The parties are directed to file, by noon Monday September 25, 2023, simultaneous merits briefs of not more than 13,000 words addressing the appeal of the preliminary injunction. The parties then are to file simultaneous reply briefs of not more than 6,500 words by noon Wednesday September 27. No extensions will be granted.

The court will hear oral argument of 30 minutes per side on Wednesday October 4, 2023, at 3:00pm. The attorneys may address both the motion for stay pending appeal and the merits of the preliminary injunction.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Enclosure(s)

cc w/encl:
    Mr. Scott Lamar Cole
    Mr. Arian Joseph Koochesfahani
    Mr. Jeffrey Keith Sandman
    Mr. Derek L. Shaffer
    Mr. Michael Zeller

Case No. 23-50627

Free Speech Coalition, Incorporated; MG Premium, Limited; MG Freesites, Limited; WebGroup Czech Republic. a.s.; NKL Associates, s.r.o.; Sonesta Technologies, s.r.o.; Sonesta Media, s.r.o.; Yellow Production, s.r.o.; Paper Street Media, L.L.C.; Neptune Media, L.L.C.; Jane Doe; MediaME, S.R.L.; Midus Holdings, Incorporated,

    Plaintiffs - Appellees

v.

Angela Colmenero, Attorney General, State of Texas,

    Defendant - Appellant