# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2023

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Suite 4
Vienna, VA 22180-5615

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Derek L. Shaffer
Quinn Emanuel Urquhart & Sullivan, L.L.P.
1300 I Street, N.W.
Suite 900
Washington, DC 20005

    No. 23-50627   Free Speech v. Colmenero
                       USDC No. 1:23-CV-917

Dear Mr. Olson, Ms. Pettit, and Mr. Shaffer,

We have reviewed your electronically filed Appellant's Brief, Appellees' Brief and Amici Curiae Brief and they are sufficient.

You must each submit the 7 paper copies of your briefs required by 5TH CIR. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

Ms. Pettit, you must submit the 4 paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5TH CIR. R. 30.1.7(c).

```
                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686
```

cc:  Mr. Scott Lamar Cole
     Mr. Kyle D. Highful
     Mr. Arian Joseph Koochesfahani
     Mr. John Todd Ramsey
     Mr. Jeffrey Keith Sandman
     Mr. Coy Allen Westbrook
     Mr. Michael Zeller

**P.S. to Mr. Olson:  Your reply to the Appellant's brief is due by 12:00pm on Wednesday, September 27, 2023.  Please use the filing event supplemental brief for this filing.**

**P.P.S. to Ms. Pettit: The Appellant's reply brief is due by 12:00pm on Wednesday, September 27, 2023.**