# ORAL ARGUMENT ACKNOWLEDGMENT FORM
## U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130
## (504) 310-7700

I, Derek L. Shaffer
_(Full Name)_

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

23-50627          Free Speech Coalition, Inc.          v. Colmenero
_(Case Number)_                                        _(Short Title)_

is scheduled for oral argument at ___3:00 pm___ on ___October 4, 2023___ located in the
                                   _(Time)_              _(Date)_

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130 ▼
_(Location)_

/s/ Derek L. Shaffer                                        September 26, 2023
_(Signature)_                                                _(Date)_

---

### List all parties being represented for argument and select the party type

See Attachment 1

_____

_____

☐ Appellant   ■ Appellee   ☐ Cross Appellant   ☐ Cross Appellee   ☐ Amicus   ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

### THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Derek L. Shaffer | 30 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # A9

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF          RESET FORM

# Attachment 1:  Represented Parties

- FREE SPEECH COALITION, INC.

- MG PREMIUM LTD

- MG FREESITES LTD

- WEBGROUP CZECH REPUBLIC, A.S.

- NKL ASSOCIATES, S.R.O.

- SONESTA TECHNOLOGIES, S.R.O.

- SONESTA MEDIA, S.R.O.

- YELLOW PRODUCTION S.R.O.

- PAPER STREET MEDIA, LLC

- NEPTUNE MEDIA, LLC

- JANE DOE

- MEDIAME SRL

- MIDUS HOLDINGS, INC.