# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2023

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 23-50627   Free Speech v. Colmenero
                     USDC No. 1:23-CV-917

Dear Ms. Pettit,

You must submit the 7 paper copies of your reply brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Mary Frances Yeager, Deputy Clerk
                                          504-310-7686

cc:  Mr. Scott Lamar Cole
     Mr. Kyle D. Highful
     Mr. Arian Joseph Koochesfahani
     Mr. William Jeffrey Olson
     Mr. John Todd Ramsey
     Mr. Jeffrey Keith Sandman
     Mr. Derek L. Shaffer
     Mr. Coy Allen Westbrook
     Mr. Michael Zeller