# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 27, 2023

Mr. Derek L. Shaffer
Quinn Emanuel Urquhart & Sullivan, L.L.P.
1300 I Street, N.W.
Suite 900
Washington, DC 20005

    No. 23-50627   Free Speech v. Colmenero
                       USDC No. 1:23-CV-917

Dear Mr. Shaffer,

You must submit the 7 paper copies of your Appellees' Supplemental brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Mary Frances Yeager, Deputy Clerk
                                      504-310-7686

cc:  Mr. Scott Lamar Cole
     Mr. Kyle D. Highful
     Mr. Arian Joseph Koochesfahani
     Mr. William Jeffrey Olson
     Ms. Lanora Christine Pettit
     Mr. John Todd Ramsey
     Mr. Jeffrey Keith Sandman
     Mr. Coy Allen Westbrook
     Mr. Michael Zeller