

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Lanora C. Pettit
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

September 27, 2023

**Via Efiling**

Hon. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

    Re:    No. 23-50627, *Free Speech Coalition v. Colmenero*

Dear Mr. Cayce:

  It has come to Appellant's attention that his opening brief used an outdated signature block and contained a non-substantive typographical error on page 20. Enclosed for the Court's consideration is a corrected brief addressing these issues. We apologize for any inconvenience and will be submitting paper copies of the corrected brief concurrently with the reply brief.

                                       Respectfully submitted.

                                       /s/ Lanora C. Pettit

                                       Lanora C. Pettit
                                       Principal Deputy Solicitor General

cc: all counsel of record (via CM/ECF)