# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50627   Free Speech v. Colmenero
                 USDC No. 1:23-CV-917

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Scott Lamar Cole
Mr. Robert Corn-Revere
Mr. Kyle D. Highful
Mr. Arian Joseph Koochesfahani
Mr. William Jeffrey Olson
Ms. Lanora Christine Pettit
Mr. John Todd Ramsey
Mr. Jeffrey Keith Sandman
Mr. Derek L. Shaffer
Mr. Coy Allen Westbrook
Mr. Michael Zeller

P.S. to Mr. Corn-Revere: You must submit the 7 paper copies of your *amici curiae* brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.