# United States Court of Appeals for the Fifth Circuit

No. 23-50627

Free Speech Coalition, Incorporated; MG Premium, Limited; MG Freesites, Limited; WebGroup Czech Republic. a.s.; NKL Associates, s.r.o.; Sonesta Technologies, s.r.o.; Sonesta Media, s.r.o.; Yellow Production, s.r.o.; Paper Street Media, L.L.C.; Neptune Media, L.L.C.; Jane Doe; MediaME, S.R.L.; Midus Holdings, Incorporated,

*Plaintiffs—Appellees,*

versus

Angela Colmenero, *Attorney General, State of Texas,*

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-917

ORDER:

IT IS ORDERED that the opposed motion of American Civil Liberties Union, Center for Democracy & Technology, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Media Coalition Foundation, and TechFreedom for leave to file a brief as *amici curiae* is GRANTED.

No. 23-50627

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT