# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 28, 2023

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 23-50627   Free Speech v. Colmenero
                    USDC No. 1:23-CV-917

Dear Ms. Pettit,

We have filed the Corrected Appellant's Brief and it is sufficient.

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1. If the paper copies have already been sent, you may ignore this request.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Mary Frances Yeager, Deputy Clerk
                                      504-310-7686

cc:   Mr. Scott Lamar Cole
       Mr. Robert Corn-Revere
       Mr. Kyle D. Highful
       Mr. Arian Joseph Koochesfahani
       Mr. William Jeffrey Olson
       Mr. John Todd Ramsey
       Mr. Jeffrey Keith Sandman
       Mr. Derek L. Shaffer
       Mr. Coy Allen Westbrook
       Mr. Michael Zeller