# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 28, 2023

Mr. Scott Lamar Cole  
Quinn Emanuel Urquhart & Sullivan, L.L.P.  
300 W. 6th Street  
Suite 2010  
Austin, TX 78701

Mr. Robert Corn-Revere  
Foundation for Individual Rights & Expression (FIRE)  
700 Pennsylvania Avenue, S.E.  
Suite 340  
Washington, DC 20003

Mr. Philip Devlin  
Western District of Texas, Austin  
United States District Court  
501 W. 5th Street  
Austin, TX 78701-0000

Ms. Angela Hailey  
U.S. District Court  
Western District of Texas  
655 E. Cesar E. Chavez Boulevard  
316  
San Antonio, TX 78206

Mr. Kyle D. Highful  
Office of the Texas Attorney General  
Solicitor General Division  
P.O. Box 12548 (MC-059)  
Austin, TX 78711-2548

Mr. Arian Joseph Koochesfahani  
Quinn Emanuel Urquhart & Sullivan, L.L.P.  
865 S. Figueroa Street  
10th Floor  
Los Angeles, CA 90017

Mr. William Jeffrey Olson  
William J. Olson, P.C.  
370 Maple Avenue, W.

Suite 4
Vienna, VA 22180-5615

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. John Todd Ramsey
Office of the Attorney General for the State of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78701

Mr. Jeffrey Keith Sandman
5208 Magazine Street
Suite 364
New Orleans, LA 70115

Mr. Derek L. Shaffer
Quinn Emanuel Urquhart & Sullivan, L.L.P.
1300 I Street, N.W.
Suite 900
Washington, DC 20005

Mr. Coy Allen Westbrook
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Michael Zeller
Quinn Emanuel Urquhart & Sullivan, L.L.P.
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

No. 23-50627    Free Speech v. Paxton
                USDC No. 1:23-CV-917


Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Case No. 23-50627

Free Speech Coalition, Incorporated; MG Premium, Limited; MG Freesites, Limited; WebGroup Czech Republic. a.s.; NKL Associates, s.r.o.; Sonesta Technologies, s.r.o.; Sonesta Media, s.r.o.; Yellow Production, s.r.o.; Paper Street Media, L.L.C.; Neptune Media, L.L.C.; Jane Doe; MediaME, S.R.L.; Midus Holdings, Incorporated,

    Plaintiffs - Appellees

v.

Ken Paxton, Attorney General, State of Texas,

    Defendant - Appellant