## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2023

Mr. Scott Lamar Cole
Quinn Emanuel Urquhart & Sullivan, L.L.P.
300 W. 6th Street
Suite 2010
Austin, TX 78701

Mr. Kyle D. Highful
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Arian Joseph Koochesfahani
Quinn Emanuel Urquhart & Sullivan, L.L.P.
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. John Todd Ramsey
Office of the Attorney General for the State of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78701

Mr. Jeffrey Keith Sandman
5208 Magazine Street
Suite 364
New Orleans, LA 70115

Mr. Derek L. Shaffer
Quinn Emanuel Urquhart & Sullivan, L.L.P.
1300 I Street, N.W.
Suite 900

Washington, DC 20005

Mr. Coy Allen Westbrook
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Michael Zeller
Quinn Emanuel Urquhart & Sullivan, L.L.P.
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

    No. 23-50627   Free Speech Coalition v. Paxton
                       USDC No. 1:23-CV-917

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Peter A. Conners, Deputy Clerk
                                        504-310-7685

cc:
    Mr. Robert Corn-Revere
    Mr. William Jeffrey Olson