# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 23-50627

───────────

Free Speech Coalition, Incorporated; MG Premium, Limited; MG Freesites, Limited; WebGroup Czech Republic. a.s.; NKL Associates, s.r.o.; Sonesta Technologies, s.r.o.; Sonesta Media, s.r.o.; Yellow Production, s.r.o.; Paper Street Media, L.L.C.; Neptune Media, L.L.C.; Jane Doe; MediaME, S.R.L.; Midus Holdings, Incorporated,

*Plaintiffs—Appellees,*

versus

Ken Paxton, *Attorney General, State of Texas,*

*Defendant—Appellant.*

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-917

───────────────────────────────

### UNPUBLISHED ORDER

Before Higginbotham, Smith, and Elrod, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that appellant's opposed motion to stay the district court's injunction pending appeal is GRANTED. The administrative stay issued by the administrative panel on September 19, 2023, is

No. 23-50627

VACATED.[1] The merits panel heard oral arguments on this expedited appeal on October 4, 2023, and will issue an expedited opinion as soon as reasonably possible.

_____

[1] Judge Higginbotham would deny Appellant's motion for stay pending appeal.