# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50627   Free Speech Coalition v. Paxton
               USDC No. 1:23-CV-917

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

Mr. Scott Lamar Cole
Mr. Robert Corn-Revere
Mr. Philip Devlin
Mr. Kyle D. Highful
Mr. Arian Joseph Koochesfahani
Mr. William Jeffrey Olson
Ms. Lanora Christine Pettit
Mr. John Todd Ramsey
Mr. Jeffrey Keith Sandman
Mr. Derek L. Shaffer
Mr. Coy Allen Westbrook
Mr. Michael Zeller