**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8123**

WRITER'S EMAIL ADDRESS
**derekshaffer@quinnemanuel.com**

March 4, 2024

<u>VIA CM/ECF</u>

Mr. Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: <u>*Free Speech Coalition v. Paxton*, No. 23-50627 (argued Oct. 4, 2023, before Smith, Higginbotham, & Elrod, JJ.)</u>

Dear Mr. Cayce,

Under FRAP 28(j), Plaintiffs-Appellees respectfully alert the panel to the lawsuit styled *Texas v. Aylo*, filed February 26, 2024 in the District Court of Travis County, Texas by Appellant Ken Paxton. The Complaint alleges violations of H.B. 1181 beginning on the date of the Court's administrative stay and continuing to date.

This lawsuit highlights the justification for the unstayed preliminary injunctions that the Supreme Court affirmed in *Reno* and *Ashcroft*, and, by extension, the preliminary injunction at issue in this appeal. *See* Appellees' Stay Opp. 6-7, 19-20; Appellees' Br. 41, 55-58; Appellees' Reply Br. 26-30. To the extent that the weighty First Amendment arguments at issue may ultimately prevail, mounting irreparable harm will have been done in the interim absent affirmance of the preliminary injunction.

Respectfully submitted,

*/s/ Derek L. Shaffer*

Derek L. Shaffer

cc: Counsel of Record
Enclosed: *State of Texas v. Aylo Global Entertainment*, *Inc.*, *et al.*, D-1-GN-24-001275.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH