# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 29, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50627   Free Speech Coalition v. Paxton
                     USDC No. 1:23-CV-917

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

cc:
    Mr. Scott Lamar Cole
    Mr. Robert Corn-Revere
    Mr. Kyle D. Highful
    Mr. Arian Joseph Koochesfahani
    Mr. William Jeffrey Olson
    Ms. Lanora Christine Pettit
    Mr. John Todd Ramsey
    Mr. Jeffrey Keith Sandman
    Mr. Derek L. Shaffer
    Mr. Coy Allen Westbrook
    Mr. Michael Zeller