

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Coy Allen Westbrook  
Assistant Attorney General

(512) 936-0581  
Coy.Westbrook@oag.texas.gov

August 12, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    **Re:** *Free Speech Coalition v. Paxton*, 23-50627

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Appellant Ken Paxton, Attorney General, State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Lanora C. Pettit will remain as lead counsel in the case.

    Respectfully submitted.

    /s/ Coy Allen Westbrook

    Coy Allen Westbrook
    Assistant Attorney General

cc: All counsel of record (via CM/ECF)